```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      NOV 1 6 2021

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>    v.<br><br>3. Webster Batista Fernandez,<br>    a.k.a. Webster Batista,<br>    a.k.a. Eniel Gaetan Hernandez,<br>    a.k.a. Yenddi,<br>    Counts 1-30<br><br>4. Jose Teran,<br>    a.k.a. Jose Medina<br>    a.k.a. Jose Manuel Medina Teran,<br>    a.k.a. Chanel,<br>    Counts 1-30<br><br>           Defendants. | No.   CR-21-00955-PHX-DLR (MTM)<br><br>**ORDER TO SEAL INDICTMENT**<br><br>**(Filed Under Seal)** |

Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

**IT IS ORDERED** that the Indictment filed in this matter, the Motion to Seal and this order be filed under seal. The Indictment, the Motion to Seal, and this order, shall be unsealed when Defendant Jose Teran is arraigned or when Defendant Webster Batista Fernandez is arrested.

DATED this ___16th___ day of ___Nov, 2021___.

_____
Honorable John Z. Boyle
United States Magistrate Judge

cc: None