Jason M. Silver (#016756)
jsilver@silverlawplc.com
SILVER LAW PLC
7033 E. Greenway Parkway Suite 200
Scottsdale, Arizona 85254
Telephone: (480) 429-3360
Facsimile: (480) 429-3362
Attorney for Defendant

☒ FILED   ☐ LODGED

**Nov 30 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

v.

Jose Teran,
a.k.a. Jose Medina
a.k.a. Jose Manuel Medina Teran
a.k.a. Chanel

                Defendant.

No. CR-21-00955-02-PHX-DLR (MTM)

**APPEARANCE OF COUNSEL**

      Jason M. Silver, of the firm of Silver Law PLC, 7033 East Greenway Parkway, Suite 200, Scottsdale, Arizona 85254, telephone number (480) 429-3360; facsimile (480) 429-3362, is admitted to practice in this Court, and I appear in this case as counsel on behalf of Jose Teran, a.k.a. Jose Medina, a.k.a. Jose Manuel Medina Teran, a.k.a. Chanel.

      RESPECTFULLY SUBMITTED this 1st day of December, 2021.

                              SILVER LAW PLC

                              By:  */s:/ Jason M. Silver*

                              Attorney for Defendant

- 2 -

**COPY** of the foregoing transmitted

by ECF for filing this 1st day of December, 2021, to:

Clerk's Office

United States District Court

Sandra Day O'Connor Courthouse

401 W. Washington

Phoenix, Arizona 85003


Raymond K. Woo

Assistant United States Attorney

United States Attorney's Office, District of Arizona

Two Renaissance Square

40 North Central Avenue, Suite 1800

Phoenix, Arizona 85004

Attorneys for Plaintiff


**COPY** emailed to:

Jose Teran

Defendant


*/s/      Lindsay A. Chapman*

Lindsay A. Chapman, legal Assistant