**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** John Z. Boyle | **Date:** December 1, 2021 |
| **USA v. Jose Teran** | **Case Number:** CR-21-00955-002-PHX-DLR |

**Assistant U.S. Attorney:** Raymond Woo
**Attorney for Defendant:** Jason Mark Silver, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☐ Custody   ☒ Summons   ☐ Writ

**INITIAL APPEARANCE AND ARRAIGNMENT:**
MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance and Arraignment as to Jose Teran held on 12/1/2021. The Government moves to unseal this matter. SO ORDERED. NO FINANCIAL AFFIDAVIT TAKEN. Retained attorney Jason Mark Silver appears on behalf of Defendant. Defendant enters plea of NOT guilty to all pending counts. The Government is not seeking detention. Defendant ordered released on own recognizance with conditions. Conditions of release reviewed on the record with Defendant. Defendant shall report to Pretrial Services and the U.S. Marshal at the conclusion of this hearing.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Pretrial Motions due within 21 days. Jury Trial set for 1/4/2022 at 9:00 AM in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before Judge Douglas L Rayes.

**Recorded By** Courtsmart
**Deputy Clerk** Sara Quinones

**Start:** 11:10 AM
**Stop:** 11:29 AM
**IA:** 2
**ARR:** 1
**DH:** 16