# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jose Teran, et al.,<br><br>　　　　　Defendant. | No. CR-21-00955-002-PHX-DLR<br><br>**ORDER**<br><br>(Fourth Request) |

Upon motion of Defendant, with no objection by the Government or co-defendant, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial and Motion to Extend Pretrial Motion Deadline (Doc. 52) for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from November 1, 2022, to, February 7, 2023 at 9:00 a.m., as to all defendants, and continuing the pretrial motion deadline until January 17, 2023, as to all defendants.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and

served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from 11/2/2022 to 2/7/2023.

Dated this 6th day of October, 2022.

Douglas L. Rayes
United States District Judge