

3200 N. Central Avenue, Suite 2250
Phoenix, Arizona 85012
(602) 280-1000 (602) 265-1495 Fax
Andrew C. Pacheco, AZ State Bar No. 018105
Email: apacheco@rrpklaw.com
*Attorneys for Defendant Jose Teran*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-21-00955-PHX-DLR-2 (MTM) |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED EXPEDITED MOTION FOR DEFENDANT TO TRAVEL OUTSIDE THE STATE OF ARIZONA** |
| Jose Teran | |
| Defendant. | |

Defendant, Jose Teran, through undersigned counsel, requests permission to leave the State of Arizona for the following reasons:

1. Defendant represents a music artist in Mexico and wishes to travel to Guadalajara, Jalisco, Mexico and Chihuahua, Chihuahua, Mexico from August 17, 2023 through August 24, 2023 to coordinate media coverage of the release of a musical artist's new single, supervise filming of a music video and conduct a meeting regarding a new deal on the artist's Mexico tour.

2. Defendant will fly from his home in Phoenix on August 17, 2023 to Guadalajara, Jalisco, Mexico and will return to his home on August 24, 2023.

3. Defendant will fly from Guadalajara, Jalisco, Mexico on August 18, 2023 to Chihuahua, Chihuahua, Mexico for a one day show, then return to Guadalajara, Jalisco, Mexico for the release of the new single.

4. Defendant will be staying at the Hyatt Regency Andares Guadalajara, Blvrd Puerta de Hierro 5065, 45116 Zapopan, Jalisco, Mexico.

5. Defendant was released on his own recognizance, has been in regular contact with undersigned counsel, and in conformity with all of his release conditions.

6. Defendant will continue to comply with all of his release conditions and will stay in close contact with undersigned during his travels.

7. Assistant United States Attorney Raymond Woo has been notified of this request for travel and does not oppose.

8. This motion is made in the interest of justice and not for the improper purpose of delay.

RESPECTFULLY submitted this 16th day of August, 2023.

**RYAN RAPP PACHECO & KELLEY, PLC**
/s/ Andrew C. Pacheco
Andrew C. Pacheco
*Attorneys for Jose Teran*

**COPY** of the foregoing transmitted by ECF for filing this 16th day of August, 2023, to:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Raymond K. Woo
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ  85004
Attorneys for Plaintiff

By: /s/ Jennifer M. Zook